UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:15-CV-22591-MGC

LOLA STYLE, INC.,
a Florida corporation,

      Plaintiff,

v.

U.S.A. DAWGS, INC.,

      Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, U.S.A. DAWGS, INC., hereby files its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and as grounds therefor states:

1. Defendant's response to the Complaint is currently due on or before August 25, 2015.

2. Since the time that Defendant became aware of Plaintiff's Complaint, the parties have engaged in attempts to try to resolve their dispute. However, those attempts were unsuccessful.

3. Accordingly, Defendant just recently retained Broad and Cassel to defend it in this case, and we are in the process of reviewing the claims and developing a response.

4. This case involves allegations of patent infringement, and Defendant owns a registered patent as well that is implicated in these proceedings. Accordingly, we respectfully

request that the Court grant Defendant a 10-day extension of time to respond, through September 4, 2015.

5. In accordance with Local Rule 7.1(a)(3), we have conferred with counsel for Plaintiff, who does not oppose this request for an extension of time.

WHEREFORE, Defendant, U.S.A. DAWGS, INC., respectfully requests that the Court grant an extension of time for it to respond to the Complaint, making a response due on or before September 4, 2015.

Dated this 25th day of August, 2015.

Respectfully submitted,

/s/ Matthew S. Nelles
Matthew S. Nelles
Florida Bar No.009245
E-mail: mnelles@broadandcassel.com
Christopher Horton
Florida Bar No. 91161
E-mail: chorton@broadandcassel.com
BROAD AND CASSEL
One Financial Plaza, Suite 2700
Fort Lauderdale, Florida 33394
Telephone: (954) 764-7060
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel/parties of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Matthew S. Nelles
Matthew S. Nelles